IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 6:21-cv-667-ADA |
| VOIP-PAL.COM, INC. <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC.; AMAZON.COM, SERVICES LLC; and AMAZON WEB SERVICES, INC., <br><br> Defendants. | CASE NO. 6:21-cv-668-ADA |
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC. and WHATSAPP, INC., <br><br> Defendants. | CASE NO. 6:21-cv-665-ADA |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW
THEIR OPPOSED MOTION TO STAY**

Defendants Google LLC, Amazon, Inc., and Facebook, Inc. / WhatsApp, Inc. (collectively, "Defendants") hereby respectfully move to withdraw their Opposed Motion to Stay (ECF No. 13 in Case No. 6:21-cv-667-ADA; ECF No. 16 in Case No. 6:21-cv-668-ADA; and ECF No. 12 in Case No 6:21-cv-665-ADA). Defendants filed their Opposed Motion to Stay on August 12, 2021. On August 25, 2021, the Northern District of California issued certain orders, the pendency of which were part of the basis for Defendants' Opposed Motion to Stay. Now that such orders have been issued, Defendants move to withdraw their Opposed Motion to Stay.

Plaintiff does not oppose this motion.

Accordingly, Defendants move to withdraw their Opposed Motion to Stay (ECF No. 13 in Case No. 6:21-cv-667-ADA; ECF No. 16 in Case No. 6:21-cv-668-ADA; and ECF No. 12 in Case No 6:21-cv-665-ADA).

DATED: August 26, 2021                    Respectfully Submitted,

                                                                            /s/ Paige Arnette Amstutz
Paige Arnette Amstutz
State Bar No.: 00796136
pamstutz@scottdoug.com
**Scott, Douglass & McConnico, LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Robert W. Unikel (Admitted *Pro Hac Vice*)
robertunikel@paulhastings.com
Matthew Lind (Admitted *Pro Hac Vice*)
mattlind@paulhastings.com
**Paul Hastings LLP**
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

1

Robert R. Laurenzi (Admitted *Pro Hac Vice*)
robertlaurenzi@paulhastings.com
**Paul Hastings LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Ariell N. Bratton (Admitted *Pro Hac Vice*)
ariellbratton@paulhastings.com
Cole D. Malmberg (Admitted *Pro Hac Vice*)
colemalmberg@paulhastings.com
Paul Hastings LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

*Counsel for Defendant Google LLC*


              /s/ Michael E. Jones
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
**POTTER MINTON**
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597 8311
Fax: (903) 593 0846 (Facsimile)

*Attorney for Defendants Facebook, Inc. and WhatsApp, Inc.*

*/s/ Daniel T. Shvodian*
Daniel T. Shvodian (Admitted *Pro Hac Vice*)
dshvodian@perkinscoie.com
**Perkins Coie, LLP**
3150 Porter Drive
Palo Alto, CA  94304
Tel: (650) 838-4300
Fax: (650) 838-4350

M. Craig Tyler, State Bar No. 794762
ctyler@perkinscoie.com
**Perkins Coie LLP**
500 W 2nd St, Suite 1900
Austin, TX  78701-4687
Tel: (737) 256-6113
Fax: (737)256-6300

*Attorney for Defendants*
*Amazon.com, Inc., Amazon.Com, Services LLC and Amazon Web Services, Inc.*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(g), counsel for the parties to this motion conferred in a good-faith effort to resolve the matter presented herein. Counsel for VoIP-Pal.com, Inc. does not oppose the instant motion.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on August 26, 2021, all counsel of record who have appeared in these cases are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
