# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC, and<br>WHATSAPP, INC.<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:21-cv-665-ADA |
| VOIP-PAL.COM, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | CIVIL ACTION NO. 6:21-cv-667-ADA |
| VOIP-PAL.COM, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC.;<br>AMAZON.COM SERVICES LLC; and<br>AMAZON WEB SERVICES, INC.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:21-cv-668-ADA |

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>      Plaintiff,<br><br>      v.<br><br>VERIZON COMMUNICATIONS, INC.;<br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS;<br>VERIZON SERVICES, CORP.; and<br>VERIZON BUSINESS NETWORK SERVICES, INC.,<br><br>      Defendants. | CIVIL ACTION NO. 6:21-cv-672-ADA |
| VOIP-PAL.COM, INC.<br><br>      Plaintiff,<br><br>      v.<br><br>T-MOBILE US, INC.; and<br>T-MOBILE USA, INC.<br><br>      Defendants. | CIVIL ACTION NO. 6:21-cv-674-ADA |

## NOTICE OF AGREED EXTENSION OF DEADLINE

Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") notifies the Court that the Parties have agreed to extend the deadline to provide a case schedule from October 26, 2021 up to and through November 2, 2021.

Dated: October 26, 2021                                    Respectfully submitted,

                                                                  By:   */s/ Lewis E. Hudnell, III*
                                                                       Lewis E. Hudnell, III
                                                                       lewis@hudnelllaw.com
                                                                       Nicolas S. Gikkas
                                                                       nick@hudnelllaw.com
                                                                       Hudnell Law Group P.C.
                                                                       800 W. El Camino Real Suite 180
                                                                       Mountain View, California 94040

T: 650.564.3698
F: 347.772.3034

**ATTORNEYS FOR PLAINTIFF
VOIP-PAL.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing NOTICE OF AGREED EXTENSION OF DEADLINE via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 26th day of October, 2021.

/s/ Lewis E. Hudnell, III
Lewis E. Hudnell, III
lewis@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034