# Exhibit A

**Exhibit A**

| Wave (Patents) | Jurisdiction | Defendants |
|---|---|---|
| Wave 1 ('815 and '005 Patents) | N.D. Cal. (transferred from D. Nev.) | • Apple (5:18-cv-06217-LHK)<br>• Verizon (5:18-cv-06054-LHK)<br>• AT&T (5:18-cv-06177-LHK)<br>• Twitter (5:18-cv-04523-LHK) |
| Wave 2 ('762, '330, '002, and '549 Patents) | N.D. Cal. (transferred from D. Nev.) | • Amazon (5:18-cv-07020-LHK)<br>• Apple (5:18-cv-06216-LHK) |
| Wave 3 ('606 Patent) | W.D. Tex. | • Google (6:20-cv-00269-ADA)<br>• Facebook (6:20-cv-00267-ADA)<br>• Amazon (6:20-cv-00272-ADA)<br>• Apple (6:20-cv-00275-ADA)<br>• Verizon (6:20-cv-00327-ADA)<br>• AT&T (6:20-cv-00325-ADA) |
| Wave 3 DJ ('606 Patent) | N.D. Cal. | • Apple (5:20-cv-02460-LHK)<br>• Verizon (5:20-cv-03092-LHK)<br>• AT&T (5:20-cv-02995-LHK)<br>• Twitter (5:20-cv-02397-LHK) |
| Wave 4 ('234 and '721 Patents) | W.D. Tex | • Google (6:21-cv-00667-ADA)<br>• Facebook (6:21-cv-00665-ADA)<br>• Amazon (6:21-cv-00668-ADA)<br>• Apple (6:21-cv-00670-ADA)<br>• Verizon (6:21-cv-00672-ADA)<br>• AT&T (6:21-cv-00671-ADA)<br>• T-Mobile (6:21-cv-00674-ADA) |
| Wave 4 DJ ('234 and '721 Patents) | N.D. Cal. | • Apple (3:21-cv-05110-JD)<br>• Verizon (3:21-cv-05275-JD)<br>• AT&T (3:21-cv-05078-JD) |
| Twitter DJ ('872 Patent) | N.D. Cal. | • Twitter (5:21-cv-02769-LHK) |