# Exhibit F



Home    Locations    Sign Up    Services    FAQ        1.888.898.9868    Account Login

All Virtual Offices > Texas > Waco > 7215 Bosque Blvd.

## Virtual Office Waco, TX

Click Here to Sign-up





(View more photos)

### Virtual office Waco Location
7215 Bosque Blvd.
Waco, TX 76710
(254) 613-6389

(See on map)



All for **$99**/month
All inclusive
NO SMALL PRINT

**All Virtual Office Services Below for only $99/month**
- ✓ Live Receptionist Answering Calls
- ✓ Corporate Mailing Address
- ✓ Company Phone Number
- ✓ Company Fax Number
- ✓ Premium Call Transferring (Call Forwarding)
- ✓ Voice Mail Converted to Email
- ✓ Faxes Converted to Email
- ✓ Business Credit Building

[Choose this location]

Our Waco Office building is located at 7215 Bosque Blvd., Waco, TX 76710. This Virtual Office location is conveniently located making it a great place to launch a new business or expand an existing one.

Take advantage of all the services only Opus can provide and start enjoying the new smart way to do business.

### Virtual Office Reviews



*I am extremely happy with my corporate office set up, the staff is friendly. Its extremely Convenient for us too be out of town and still get everything we need too us in a timely manner, and its extremely cost effective as well.*

★★★★

Quintin Clay Davis, Coffee Industry, Entertainment Industry Murfreesboro, TN

## Why choose Opus VO for your Virtual Office

*"9 out of 10 small businesses go out of business due to high rent costs and employee overhead."* ~ NY Post

Sign up for an Opus Virtual Office today and reap the benefits every entrepreneur is raving about Grow your business, while increasing flexibility Operate from anywhere, while reflecting a corporate presence, using our prestigious address locations without the prestigious rent Lower your overhead, while having access to a larger talent pool and increasing cash flow by access new and local markets



**POPULAR PREMIUM LOCATIONS**
Premium Virtual Office
Atlanta
Austin
Beverly Hills
Boca Raton
Chicago
Dallas
Delaware
Fort Lauderdale
Houston
Los Angeles
Miami
Nashville
New York
Tampa

**RESOURCES**
Affiliate Program
Privacy Policy
Terms Of Use
Customer Support
Blog
Answering Service
Partners
Is It For Me?

**POPULAR CITIES**
Atlanta
Beverly Hills
Boca Raton
Chicago
Dallas
Fort Lauderdale
Houston
Los Angeles
Miami
New York
Tampa
Wilmington

**FOLLOW US**

BBB Accredited Business
Click for Review

Click here to contact us

Opus Virtual offices
★★★★★
4.7 out of 5 based on 103 reviews on ekomi-us.com.

Copyright 2021 Opus Virtual Offices