# Exhibit G



**Search Terms:** Public Records : SmartLinx® Comprehensive Business Report
street address(7215 Bosque Boulevard) city(WACO) radius(15) state(TX)

## SmartLinx® Comprehensive Business Search Results

| No. | Business Name | Company IDs | Phone |
|---|---|---|---|
| 1 | PIONEER SECURITY LIFE INSURANCE CO INC<br>425 AUSTIN AVE<br>WACO, TX 76701-2147<br>MCLENNAN COUNTY<br>(10/18/2000 - 08/08/2021) | LexID(R) Business<br>Legal Entity: 0000-1371-0305<br>TIN: 75-2743465 | 512-477-5000 ✓<br>(Most Recent Listing)<br>(B) (Business)<br>Listing Name: CAIN & SKARNULIS LLP<br>(12/01/2011 - 09/20/2021) |
| | **Match Names/Locations (up to 5)**<br>CENTRAL TEXAS LITIGATION SUPPORT SERVICES, INC.<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(06/29/2009 - 08/05/2021) | | 254-399-9400 ✓<br>(Most Recent Listing)<br>(B) (Business)<br>Listing Name: CENTRAL TX LITIGATION<br>(11/01/2019 - 09/20/2021) |
| | **Parent Company**<br>IA FINANCIAL CORPORATION INC.<br>(Parent Company) | LexID(R): 1367-6698-4955 | |
| 2 | AUDIOLOGY CENTER FOR COMMUNICATION<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(05/1996 - 06/07/2021) | LexID(R) Business<br>Legal Entity: 0000-1357-7878<br>TIN: 74-277XXXX | 254-772-2018 🚩<br>(Phone De-Listed in Electronic Directory Assistance)<br>(03/25/2000 - 01/24/2008) |
| 3 | BOSQUE CROSSING LLC<br>126 BRAZOS POINT DR<br>WACO, TX 76705-5212<br>MCLENNAN COUNTY<br>(2007 - 08/08/2021) | LexID(R) Business<br>Legal Entity: 0008-9793-9914<br>TIN: 32-033XXXX | 254-870-7310 ✓<br>(Most Recent Listing)<br>(B) (Business)<br>Listing Name: S & S ENTERTAINMENT ENTERPRISES INC<br>(07/24/2017 - 09/20/2021) |
| | **Match Names/Locations (up to 5)**<br>BOSQUE CROSSING LLC<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(08/07/2007 - 09/15/2019) | | |
| 4 | BROKEN ARROW GROUP, LLC | LexID(R) Business | |

| No. | Business Name | Company IDs | Phone |
|---|---|---|---|
|  | (No recent public filings on file)<br>7215 BOSQUE BLVD STE 114<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(09/08/2017 - 01/27/2019) | Legal Entity: 1336-2043-8050<br>TIN: 20-6477973 |  |
| 5 | BSP ENGINEERS, INC.<br>15 W CENTRAL AVE<br>TEMPLE, TX 76501-7627<br>BELL COUNTY<br>(03/06/2001 - 07/25/2021) | LexID(R) Business<br>Legal Entity: 0000-1659-7126<br>TIN: 20-0490044 | 254-774-9611<br>(Wireless)<br>(Phone De-Listed in Electronic Directory Assistance)<br>(03/25/2000 - 11/02/2017) |
|  | **Match Names/Locations (up to 5)**<br>BSP ENGINEERS INC<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(03/01/2018) |  | 254-756-1610<br>(Wireless)<br>(Phone De-Listed in Electronic Directory Assistance)<br>(03/25/2000 - 11/02/2017) |
| 6 | CENTEX VIRTUAL<br>(No recent public filings on file)<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>(05/06/2011) | LexID(R) Business<br>Legal Entity: 0000-2839-8004 |  |
| 7 | CENTRAL TEXAS DEFENSE OFFICE<br>(No recent public filings on file)<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(03/26/2016 - 06/25/2018) | LexID(R) Business<br>Legal Entity: 1336-7085-5137 | 254-870-7303 |
| 8 | CORNERS OF THE FIELD VENTURE GROUP<br>(No recent public filings on file)<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>(05/04/2012) | LexID(R) Business<br>Legal Entity: 0000-3562-7233 |  |
| 9 | DECISIVE POINT CONSULTING GROUP, LLC<br>9200 HAMPTON HUNT DR<br>FAIRFAX STATION, VA 22039-2735<br>FAIRFAX COUNTY<br>(09/14/2015 - 07/22/2021) | LexID(R) Business<br>Legal Entity: 0864-8483-9509<br>TIN: 47-5073622 | 703-517-2043 |
|  | **Match Names/Locations (up to 5)**<br>DECISIVE POINT CONSULTING GROUP INC.<br>7215 BOSQUE BLVD STE 136<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(04/12/2021 - 08/02/2021) |  |  |

| No. | Business Name | Company IDs | Phone |
|-----|---------------|-------------|-------|
| 10 | DISPUTE RESOLUTION CONSULTANTS OF CENTRAL TEXAS, LLC<br>🚩 (No recent public filings on file)<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(10/12/2015 - 01/28/2018)<br><br>**Match Names/Locations (up to 5)**<br><br>DISPUTE RESOLUTION CONSULTANTS OF CENTRAL TEXAS L<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(01/01/2016) | LexID(R) Business<br>Legal Entity: 0868-8817-3928 | |
| 11 | EXODUS HR GROUP<br>7215 BOSQUE BLVD STE 206<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(01/25/2017 - 04/19/2021) | LexID(R) Business<br>Legal Entity: 1332-8705-5285 | 254-379-3340 |
| 12 | G3 TRANSPORTATION GROUP LLC<br>7215 BOSQUE BLVD STE 121<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(05/31/2017 - 08/31/2021)<br><br>**Match Names/Locations (up to 5)**<br><br>G3 TRANSPORTATION GROUP LLC<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(06/13/2017 - 08/31/2021) | LexID(R) Business<br>Legal Entity: 1331-3211-4556<br>TIN: 82-1444050 | 877-647-4582<br><br>877-647-4582 |
| 13 | GATOR PAINT & BODY SHOP, INC.<br>2946 NE 19TH DR<br>GAINESVILLE, FL 32609-3364<br>ALACHUA COUNTY<br>(12/1983 - 07/11/2021)<br><br>**Match Names/Locations (up to 5)**<br><br>BIOLIME LLC<br>7215 BOSQUE BLVD STE 133<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY | LexID(R) Business<br>Legal Entity: 0000-1904-1126<br>TIN: 59-2207703 | 352-377-0530 ✓<br>(Most Recent Listing)<br>Ⓑ (Business)<br>Listing Name: GATOR PAINT & BODY<br>(03/01/2020 - 09/20/2021) |

| No. | Business Name | Company IDs | Phone |
|---|---|---|---|
| | (06/11/2020 - 06/15/2020) | | |
| 14 | GLOBAL BUSINESS PARTNERS LLC<br>7215 BOSQUE BLVD STE 115<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(12/07/2015 - 08/08/2021) | LexID(R) Business<br>Legal Entity: 0956-3746-6664<br>TIN: 20-5899355 | |
| 15 | GRANDE CHEESE CO<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(08/17/2015 - 03/24/2020) | LexID(R) Business<br>Legal Entity: 0772-9638-4186 | 254-772-2018<br>(Phone De-Listed in Electronic Directory Assistance)<br>(03/25/2000 - 01/24/2008) |
| 16 | JUNK GUYS LLC<br>7215 BOSQUE BLVD STE 116<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(09/22/2014 - 06/27/2021) | LexID(R) Business<br>Legal Entity: 0523-1884-7175<br>TIN: 26-2616901 | 254-722-0009 |
| 17 | KADDATZ REAL ESTATE, LLC<br>(No recent public filings on file)<br>207 W HIGHWAY 22<br>MERTENS, TX 76666-3065<br>HILL COUNTY<br>(09/24/2015 - 03/24/2019)<br><br>**Match Names/Locations (up to 5)**<br><br>14114<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br><br>TEXAS REALTY AND AUCTION<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY | LexID(R) Business<br>Legal Entity: 0867-2548-9528 | 254-340-4425<br><br><br><br><br>254-340-4425<br><br><br><br><br>254-340-4425 |
| 18 | KEY TO SUCCESS, LLC<br>7215 BOSQUE BLVD STE 124<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(03/27/2015 - 06/07/2021) | LexID(R) Business<br>Legal Entity: 0648-8315-9379 | 254-799-0144<br>(Phone De-Listed in Electronic Directory Assistance)<br>(04/14/2015 - 05/20/2015) |
| 19 | LAW OFFICES OF JAMES M. JOHNSTON, JR. PLLC<br>7215 BOSQUE BLVD STE 109<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(03/28/2014 - 07/11/2021) | LexID(R) Business<br>Legal Entity: 0399-5020-2899 | 254-791-5622 |

Case 6:21-cv-00667-ADA   Document 26-7   Filed 11/11/21   Page 6 of 12
Page 5 of 11

| No. | Business Name | Company IDs | Phone |
|---|---|---|---|
| | **Match Names/Locations (up to 5)** | | 254-791-5622 |
| | LAW OFFICES OF JAMES M JOHNSTON JR PLLC<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(07/11/2021) | | |
| 20 | LEGACY ESTATE SALES OF TEXAS<br>7215 BOSQUE BLVD STE 106<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(03/26/2016 - 06/20/2021) | LexID(R) Business<br>Legal Entity: 1220-6538-1379 | 254-447-0818 |
| 21 | LIBERTY VIRTUAL OFFICE LLC<br>126 BRAZOS POINT DR<br>WACO, TX 76705-5212<br>MCLENNAN COUNTY<br>(07/05/2012 - 07/27/2020) | LexID(R) Business<br>Legal Entity: 0014-6241-5660 | 254-304-3600 |
| | **Match Names/Locations (up to 5)**<br><br>LIBERTY VIRTUAL OFFICE LLC<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(08/21/2015 - 10/31/2019) | | |
| 22 | MDW HOLDINGS, LLC<br>6929 NE LOOP 820 APT 1326<br>NORTH RICHLAND HILLS, TX 76180-9007<br>TARRANT COUNTY<br>(08/19/2016 - 08/06/2020) | LexID(R) Business<br>Legal Entity: 0924-7940-6389 | 254-315-7436 |
| | **Match Names/Locations (up to 5)**<br><br>MDW HOLDINGS, LLC<br>7215 BOSQUE BLVD STE 121<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(08/19/2016 - 03/18/2020) | | |
| 23 | MR ROOFING AND GUTTERS<br>7215 BOSQUE BLVD STE 202<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(05/16/2018 - 04/19/2021) | LexID(R) Business<br>Legal Entity: 1332-8675-1301 | 254-749-8599 |
| 24 | MR. ROOFING CONTRACTORS LLC<br>425 AUSTIN AVE STE 1206<br>WACO, TX 76701-2132<br>MCLENNAN COUNTY | LexID(R) Business<br>Legal Entity: 0001-0101-6199<br>TIN: 74-2841775 | 254-749-8599 |

| No. | Business Name | Company IDs | Phone |
|---|---|---|---|
|  | (05/2010 - 07/01/2021) |  |  |

**Match Names/Locations (up to 5)**

MR. ROOFING CONTRACTORS LLC
7215 BOSQUE BLVD
WACO, TX 76710-4020
MCLENNAN COUNTY
(12/22/2015 - 01/29/2017)

| | | | |
|---|---|---|---|
| 25 | MSC ADVISORS LLC
4008 WESTCHESTER DR
WACO, TX 76710-1323
MCLENNAN COUNTY
(09/27/2013 - 07/19/2021) | LexID(R) Business

Legal Entity: 0192-6640-2926 | 254-399-8879
(Phone De-Listed in Electronic Directory Assistance)
(03/25/2000 - 12/12/2000) |

**Match Names/Locations (up to 5)**

MSC ADVISORS LLC
7215 BOSQUE BLVD STE 106
WACO, TX 76710-4020
MCLENNAN COUNTY
(09/27/2013 - 09/12/2018)

| | | | |
|---|---|---|---|
| 26 | NORTH MCKINNEY VULTURE LAND VE
🚩(No recent public filings on file)
7215 BOSQUE BLVD
WACO, TX 76710-4020
MCLENNAN COUNTY
(07/25/1995) | LexID(R) Business

Legal Entity: 0055-2545-3928 | |

**Match Names/Locations (up to 5)**

NORTH MCKINNEY VULTURE LAND VENTURE
7215 BOSQUE BLVD
WACO, TX 76710-4020
MCLENNAN COUNTY
(12/18/2002)

| | | | |
|---|---|---|---|
| 27 | ONLINE CONSULTING, INC.
505 CARR RD STE 100
WILMINGTON, DE 19809-2870
NEW CASTLE COUNTY
(08/1984 - 09/01/2021) | LexID(R) Business

Legal Entity: 0000-4109-0067
TIN: 51-0297953 | 800-288-8221 |

**Match Names/Locations (up to 5)**

ONLINE CONSULTING INC
7215 BOSQUE BLVD
WACO, TX 76710-4020
MCLENNAN COUNTY
(03/01/2018)

800-288-8221

| No. | Business Name | Company IDs | Phone |
|---|---|---|---|
| 28 | RULE YOUR KINGDOM<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(08/14/2016 - 08/05/2021) | LexID(R) Business<br>Legal Entity: 1150-1301-1138 | 254-300-1404 |
| 29 | S & S ENTERTAINMENT ENTERPRISES, INC.<br>7215 BOSQUE BLVD STE 133<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(04/2017 - 06/09/2020) | LexID(R) Business<br>Legal Entity: 1332-8165-8002 | 254-870-7310 ✓<br>(Most Recent Listing)<br>Ⓑ (Business)<br>Listing Name: S & S ENTERTAINMENT ENTERPRISES INC<br>(07/24/2017 - 09/20/2021) |
| | **Match Names/Locations (up to 5)**<br><br>S S ENTERTAINMENT ENTERPRISES INC<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(01/01/2019 - 03/01/2021) | | 254-870-7310 ✓<br>(Most Recent Listing)<br>Ⓑ (Business)<br>Listing Name: S & S ENTERTAINMENT ENTERPRISES INC<br>(07/24/2017 - 09/20/2021) |
| 30 | SECURED FIRST FINANCIAL<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(06/24/2020) | LexID(R) Business<br>Legal Entity: 1335-0692-3502 | 254-265-6655 |
| 31 | SENDERO SPRINGS HOMEOWNERS ASSOCIATION<br>9601 AMBERGLEN BLVD STE 150<br>AUSTIN, TX 78729-1190<br>WILLIAMSON COUNTY<br>(02/26/2007 - 03/16/2020) | LexID(R) Business<br>Legal Entity: 0001-3030-0913<br>TIN: 32-027XXXX | 512-763-1874<br>(Phone De-Listed in Electronic Directory Assistance)<br>(08/10/2000 - 09/15/2016) |
| | **Match Names/Locations (up to 5)**<br><br>SENDERO SPRINGS HOMEOWNERS ASSOCIATION<br>7215 BOSQUE BLVD 128<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(02/26/2007 - 03/16/2020) | | |
| 32 | SOVEREIGN PARTNERS, LLC<br>1019 WOODBRIDGE PL<br>ROCKWALL, TX 75032-8910<br>ROCKWALL COUNTY<br>(02/05/2002 - 01/27/2020) | LexID(R) Business<br>Legal Entity: 1331-3120-4815<br>TIN: 20-6347681 | |
| | **Match Names/Locations (up to 5)** | | |

| No. | Business Name | Company IDs | Phone |
|---|---|---|---|
| | SOVEREIGN PARTNERS, LLC<br>7215 BOSQUE BLVD STE 109<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(02/05/2002 - 10/15/2018) | | |
| 33 | STC HOLDINGS, INC<br>(No recent public filings on file)<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(06/01/2017) | LexID(R) Business<br>Legal Entity: 0027-2514-5950<br>TIN: 74-2703917 | |
| 34 | SUBLIME ENTERPRISE, LLC<br>PO BOX 597<br>WEST, TX 76691-0597<br>MCLENNAN COUNTY<br>(07/28/2011 - 07/11/2021) | LexID(R) Business<br>Legal Entity: 0001-3891-7683 | 254-744-7276 |
| | **Match Names/Locations (up to 5)**<br><br>SUBLIME ENTERPRISE, LLC<br>7215 BOSQUE BLVD STE 209<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY | | 254-744-7276 |
| 35 | TERRA SQUAW INC<br>(No recent public filings on file)<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(03/11/1996 - 06/17/1996) | LexID(R) Business<br>Legal Entity: 0038-4235-9153<br>TIN: 75-2300307 | |
| 36 | TERRA YIELD 6 LC<br>(No recent public filings on file)<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(10/16/1995 - 08/24/1998) | LexID(R) Business<br>Legal Entity: 0038-4819-8353<br>TIN: 01-1664477 | |
| 37 | TEXAS PROCESS SERVERS ASSOCIATION<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(04/1993 - 08/05/2021) | LexID(R) Business<br>Legal Entity: 0001-7171-4579<br>TIN: 75-2492175 | 512-970-0590 |
| | **Match Names/Locations (up to 5)**<br><br>TXAPPS<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY | | |

| No. | Business Name | Company IDs | Phone |
|---|---|---|---|
|  | (04/10/2017 - 06/29/2020) |  |  |
| 38 | THERAPEUTIC OUT REACH SERVICES INC<br>7215 BOSQUE BLVD STE 202<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(06/15/2016 - 08/28/2020) | LexID(R) Business<br>Legal Entity: 1020-5517-8200 | 254-258-4086 |
|  | **Match Names/Locations (up to 5)**<br><br>THERAPEUTIC OUTREACH SERVICE INC<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(06/17/2016 - 07/05/2021) |  | 254-258-4086 |
| 39 | TICE FOODS, LLC<br>7215 BOSQUE BLVD STE 214<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(07/14/2017 - 08/08/2021) | LexID(R) Business<br>Legal Entity: 1332-9879-3018 |  |
| 40 | TOTAL BUSINESS SERVICES INC<br>4832 SCOTTWOOD DR<br>WACO, TX 76708-1247<br>MCLENNAN COUNTY<br>(03/31/1989 - 07/20/2021) | LexID(R) Business<br>Legal Entity: 0003-5996-1413<br>TIN: 01-1335158 | 254-757-1709<br>(Phone De-Listed in Electronic Directory Assistance)<br>(03/25/2000 - 09/18/2014) |
|  | **Match Names/Locations (up to 5)**<br><br>TOTAL BUSINESS SERVICES INC<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(07/20/2021) |  | 866-960-0428 |
| 41 | TRI-PLAN BENEFIT SERVICES, LLC<br>7215 BOSQUE BLVD STE 130<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(07/02/2007 - 02/19/2020) | LexID(R) Business<br>Legal Entity: 0651-2617-1246 |  |
| 42 | UNITED STAFF RESOURCES INC<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(10/31/1986 - 03/14/2021) | LexID(R) Business<br>Legal Entity: 0001-7717-1354 | 254-776-6306<br>(Phone De-Listed in Electronic Directory Assistance)<br>(03/25/2000 - 07/22/2018) |
|  | **Match Names/Locations (up to 5)**<br><br>MANAGEMENT DEVELOPMENT SYSTEMS<br>7215 BOSQUE BLVD |  | 254-776-6306<br>(Phone De-Listed in Electronic Directory |

| No. | Business Name | Company IDs | Phone |
|---|---|---|---|
|  | WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(10/17/2016 - 07/31/2021) |  | Assistance)<br>(03/25/2000 - 07/22/2018) |
| 43 | VOIP-PAL.COM INC.<br>10900 NE 4TH ST STE 2300<br>BELLEVUE, WA 98004-5882<br>KING COUNTY<br>(12/22/1997 - 08/31/2021) | LexID(R) Business<br>Legal Entity: 0004-0585-0960<br>TIN: 98-0184110 | 954-495-4600 |
|  | **Match Names/Locations (up to 5)**<br><br>VOIP-PAL.COM INC.<br>7215 BOSQUE BLVD STE 102<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(06/09/2020 - 07/06/2021) |  |  |
| 44 | WACO CASH SVC<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(03/11/2020 - 07/21/2021) | LexID(R) Business<br>Legal Entity: 1334-9842-4180 | 877-577-7977<br>(Phone De-Listed in Electronic Directory Assistance)<br>(01/24/2009 - 02/25/2009) |
| 45 | YAXX, INC.<br>1224 VAL HALLA PARK<br>WACO, TX 76706-7484<br>MCLENNAN COUNTY<br>(02/12/2015 - 08/23/2021) | LexID(R) Business<br>Legal Entity: 0626-6940-8346<br>TIN: 47-3117639 | 801-921-2608 |
|  | **Match Names/Locations (up to 5)**<br><br>YAXX, INC.<br>7215 BOSQUE BLVD STE 140<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(01/10/2018 - 08/23/2021) |  |  |
| 46 | ZINDA LAW GROUP<br>8834 N CAPITAL OF TEXAS HWY STE 304<br>AUSTIN, TX 78759-6473<br>TRAVIS COUNTY<br>(09/01/2014 - 08/08/2021) | LexID(R) Business<br>Legal Entity: 0001-6198-4990<br>TIN: 20-8112698 | 432-242-4996 |
|  | **Match Names/Locations (up to 5)**<br><br>ZINDA LAW GROUP<br>7215 BOSQUE BLVD<br>WACO, TX 76710-4020<br>MCLENNAN COUNTY<br>(07/05/2021) |  | 254-870-0877 |

| No. | Business Name | Company IDs | Phone |
|-----|---------------|-------------|-------|

Key

High Risk Indicator. These symbols may prompt you to investigate further.

Moderate Risk Indicator. These symbols may prompt you to investigate further.

General Information Indicator. These symbols inform you that additional information is provided.

The most recent telephone listing as reported by Electronic Directory Assistance.

Wireless Phone Indicator. These symbols indicate a cell phone number.

Residential Phone Indicator. These symbols indicate a residential phone number.

Business Phone Indicator. These symbols indicate a business phone number.

Shared Phone Indicator. These symbols indicate the phone number may be shared between wireless and landline service.

FAX Indicator. These symbols indicate a FAX number.

Government Phone Indicator. These symbols indicate a government phone number.

| | |
|---|---|
| Search: | Public Records: SmartLinx® Comprehensive Business Report |
| Terms: | street address(7215 Bosque Boulevard) city(WACO) radius(15) state(TX) |
| Date/Time: | Wednesday, September 22, 2021 2:35 PM |
| Permissible Use: | **Your DPPA Permissible Use: Litigation** |
| | **Your GLBA Permissible Use: Persons with a Legal or Beneficial Interest Regarding a Consumer** |

Copyright © 2021 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

**End of Document**