# Exhibit H



# Voip-Pal.com Inc. (OTCPK:VPLM) > Board Members

| Report Criteria | |
|---|---|
| Status: | Current Board Members |
| Role: | Internal and External Directors |

| Board Members | | | | | |
|---|---|---|---|---|---|
| **Name** | **Title** | **Role** | **Office** | **Phone** | **Email** |
| Malak, Magdi Emil | CEO, President & Director | Internal | Bellevue | 954 495 4600 | - |
| **Background:** Mr. Magdi Emil Malak has been Chief Executive Officer of VOIP-PAL.com, Inc. since October 2014 and as its President since May 15, 2019. Mr. Malak served as Chief Executive Officer and President of Dynamic Oil & Gas Exploration Inc. (alternate name, Digifonica International Inc.) from June 2011 to September 14, 2011. Mr. Malak has extensive experience in real estate and restaurant development and management. Mr. Malak served as Principal Executive Officer of Moliris Corp. He was a co-founder of Digifonica International Corp. in 2003 and oversaw the development of the patents which were acquired by Voip-Pal in 2013. He serves as Chairman of Digifonica International Corp. He serves as Chairman and Member of The Advisory Board of Takecareofit Ltd. He serves as Chairman of Albonia, Limited; an environmental technology company focused on waste, air purification and water production. Mr. Malak served as Chairman of Moliris Corp. since October 18, 2005. Mr. Malak served as Deputy Chairman of Dynamic Oil & Gas Exploration Inc. from May 2007 to September 14, 2011. He has been a Director of VOIP-PAL.com, Inc. since October 2014. He serves as a Member of Advisory Board at Connexus Corporation (formerly known as Conexus Cattle Corp.) (alternate name, Brazil Gold Corporation). He served as Director of Moliris Corp. since October 18, 2005. He was a guest lecturer at Sheffield Polytechnic, UK. He has written a musical operetta, a second world war novel and an animation series for children. Mr. Malak has obtained a Higher National Diploma (HND) in Hotel Administration from Hollings Faculty, Manchester, UK (1975). Mr. Malak also serves as Chairman of the Board for a biotech company currently conducting cancer research in Germany. | | | | | |
| **Specialty:**  - | | | | | |
| **Years on Board:**  2014-Present | | | | | |
| **Full Office Address:**  10900 NE 4th Street \| Suite 2300 \| Bellevue, Washington  98004 \| United States | | | | | |
| **Main Phone:**  954 495 4600 | | | | | |
| **Job Functions:**  Chief Executive Officer, President, Member of the Board of Directors | | | | | |
| **Other Boards:**  Connexus Corporation (OTCPK:CNXS), Digifonica International Corp., TakeCareofIT Ltd., Darien Business Development Corp. (Prior), Moliris Corp. (Prior) | | | | | |
| **Other Company Affiliations:**  Digifonica International Corp., Darien Business Development Corp. (Prior), Digifonica Intellectual Properties (DIP) Limited (Prior), Moliris Corp. (Prior) | | | | | |
| | | | | | |
| Williams, Kevin | CFO & Director | Internal | Bellevue | 954 495 4600 | - |
| **Background:** Mr. Kevin Williams serves as Chief Financial Officer and Director of Voip-Pal.com Inc. since March 2021. He is experienced financial consultant with business expertise in the banking, brokerage, energy, and aerospace industries. He has an extensive history in funding start-ups, corporate accounting and compliance for both private and publicly traded companies. Mr. Williams serves as Executive Director at Diligent Aircraft Corp. | | | | | |
| **Specialty:**  - | | | | | |
| **Years on Board:**  2021-Present | | | | | |
| **Full Office Address:**  10900 NE 4th Street \| Suite 2300 \| Bellevue, Washington  98004 \| United States | | | | | |
| **Main Phone:**  954 495 4600 | | | | | |
| **Job Functions:**  Chief Financial Officer, Member of the Board of Directors | | | | | |
| **Other Boards:**  Diligent Aircraft Corp | | | | | |
| **Other Company Affiliations:**  Diligent Aircraft Corp | | | | | |
| | | | | | |
| Chang, Dennis | Independent Director | External | Bellevue | 954 495 4600 | - |



**Voip-Pal.com Inc. (OTCPK:VPLM) > Board Members**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Background:** Mr. Dennis Chang serves as Independent Director of VOIP PAL.com, Inc. since March 2021. Mr. Chang had been President of VOIP PAL.com, Inc. since September 03, 2009 until October 4, 2018 and served as its Chief Executive Officer until August 16, 2013. Mr. Chang had been a Director of VOIP PAL.com, Inc. since 2009 until October 4, 2018. He was formerly a Sr. Business Management Consultant for Antares Corporation from January 2003 through November 2010. ||||||||
| **Specialty:** - ||||||||
| **Years on Board:** 2021-Present ||||||||
| **Full Office Address:** 10900 NE 4th Street | Suite 2300 | Bellevue, Washington  98004 | United States ||||||||
| **Main Phone:** 954 495 4600 ||||||||
| **Job Functions:** Chief Executive Officer(Prior), President(Prior), Member of the Board of Directors ||||||||
| | | | | | | |
| Thomas, Ryan Leroy | Independent Director | | External | Bellevue | 954 495 4600 | - |
| **Background:** Dr. Ryan Leroy Thomas serves as Independent Director of Voip-Pal.com Inc. since March 2021 and served as its General Counsel and served as its Advisor since October 2020 until March 2021. He was Director of VOIP PAL.com, Inc. till November 2019. Dr. Thomas served as the President at VOIP PAL.com, Inc. from October 4, 2018 to May 15, 2019. Dr. Thomas has served as Voip-Palâ's in-House Counsel. He has been practicing law since 1979 and has experience as a litigator. He is a licensed attorney in Utah and California and has been in private practice since 1981. Over the course of his career he has served on many business and professional boards and held several key administrative positions. He is also a teacher of law and business. Dr. Thomas has a strong technological and computer science background and has extensive experience in patent law. During his tenure with Voip-Pal, he has been instrumental in advising the VOIP PAL.com on a variety of important legal matters. He is also currently an Associate Provost and Dean of Undergraduate Studies, Weber State University. |||||||
| **Specialty:** - |||||||
| **Years on Board:** 2021-Present |||||||
| **Full Office Address:** 10900 NE 4th Street | Suite 2300 | Bellevue, Washington  98004 | United States |||||||
| **Main Phone:** 954 495 4600 |||||||
| **Job Functions:** President(Prior), Chief Legal Officer(Prior), Member of the Board of Directors |||||||

** People with (Prior) status denotes who are no longer associated with role or not meeting coverage criteria.  To view coverage criteria, please click here.

*Denotes Proprietary Information

| | |
|---|---|
| Date Created: Sep-22-2021 | Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved. |
| | Page 2 of 2 |