# Exhibit I

7/3/2020 Dialpad - Innovation in VoIP and Internet Telephony Technology

Case 6:21-cv-00667-ADA   Document 26-9   Filed 11/1/21   Page 2 of 3

http://dialpad.com/company/technology.html    Go    NOV  DEC  FEB
◀ **04** ▶
70 captures    2003  **2004**  2005
29 Feb 2000 - 16 Oct 2006                     ▼ About this capture



the internet's best phone call™

español | 中文

home | products/services | store | customer support     my account   download
                                                              login



# technology

- overview
- technology
- management
- press releases
- news
- jobs
- contact



**Technology**

IP Telephony or Voice over IP is the process of routing calls over an IP network, rather than using traditional phone lines.  IP networks are designed to carry packets of compressed, digitized data.  With VoIP, sounds such as the human voice are changed into digital packets and are routed over the same IP networks.  Although the ability to carry voice as packets of data has been around for a long time, it is the advent of the Internet in the late 90's that gave VoIP the ability to reach a mainstream audience.  As VoIP allows the by-passing of most or all of the traditional Public Switched Telephone Network (PSTN), the cost savings offered to the user fueled the rapid growth of Internet Telephony since.

Today, the single greatest benefit of moving voice over an IP network remains cost savings.  However, as the technology matures, new highly-personalized, intelligent applications will be developed, providing customers with exciting new ways of communicating.

**Cost savings drive adoption**

The substantial savings potential for businesses and consumers make VoIP a very attractive communications solution.  There are several reasons to these savings:

- Voice and data travel across just one line into the home, or a single IP network into businesses, eliminating the need for multiple phone lines, as well as dual service and support.
- Voice is broken down into digital packets and sent directly to the Internet or a private corporate network, completely bypassing the telephone companies' circuit switches -- and their fees.
- IP networks use flexible, 'soft' switches that are much easier to upgrade with software.  An IP telephony gateway takes up just one-tenth as much space as a standard circuit switch and has considerably lower power and cooling costs.
- Reduced equipment costs combined with a streamlined approach to network management is providing customers with significant savings and fueling the adoption of VoIP solutions.  As the convergence of entertainment, communications and data on one network continues to take shape, new innovations will continue to propel this technology into the mainstream.

**Interoperability is key**

Interoperability in the VoIP market is key, as many standards coexist and not all devices can be used on all networks.  Dialpad's flexible protocol-agnostic technology is H.323-compliant, an ITU standard for real-time, interactive voice and videoconferencing over LANs and the Internet.  It also supports IETF's SIP (Session Initiation Protocol), which is emerging as a less complex and more efficient alternative for integrating voice, data, video or instant messaging calls with Web-based applications, and is especially well suited to very small portable devices.

Dialpad's Split-323 architecture (U.S. patent pending) makes it possible to manage millions of minutes of telephone calls per day - or many times that amount - on a few servers. Its technology platform is open, extensible and network, protocol and application agnostic.  As such, it interoperates with all legacy and IP environments, routing traffic between the customer and the network carrier.

**How Dialpad Works**



1. Call initiated from Dialpad client connecting to Dialpad server
2. Dialpad server sets up call between Dialpad client and ITSP's VoIP gateway
3. Voice packets stream directly from Dialpad client to ITSP's VoIP gateway
4. Call routed through PSTN and terminated at a phone

about dialpad | download | reseller | affiliate

privacy policy | terms of use

 

©1999-2004 Dialpad Communications, Inc. All rights reserved.
Dialpad® is a registered trademark of Dialpad Communications, Inc.