# Exhibit Q

Courts & Judges   Counsel   Parties   Federal   State   Administrative   Quick Tools

Ariell Bratton

Product Update: **False Claims** Practice Area has been released! Learn more.    ✕

Search all of Lex Machina

   

**District Judge Alan D Albright** of the U.S. District Court for the Western District of Texas W.D.Tex.

Overview    Federal District:   Cases   Documents   Damage Awards

## Index

**Federal District Court**

| | |
|---|---|
| Cases | 2,828 |
| Documents | 110,320 |
| Damage Awards | 64 |

## Open Cases in W.D.Tex.

| | Albright | W.D.Tex. | |
|---|---|---|---|
| Patent | 821 | 854 | 96.1% |
| Antitrust | 3 | 9 | 33.3% |
| Bankruptcy | 9 | 47 | 19.1% |
| Contracts | 61 | 244 | 25.0% |
| Copyright | 5 | 77 | 6.5% |
| ERISA | 0 | 19 | 0.0% |
| Employment | 40 | 520 | 7.7% |
| Insurance | 14 | 283 | 4.9% |
| Product Liability | 11 | 103 | 10.7% |
| Securities | 2 | 36 | 5.6% |
| Trade Secret | 10 | 37 | 27.0% |
| Trademark | 34 | 87 | 39.1% |
| Environmental | 1 | 6 | 16.7% |
| Tax | 1 | 11 | 9.1% |
| Consumer Protection | 5 | 139 | 3.6% |
| Torts | 54 | 511 | 10.6% |

|  | Albright | W.D.Tex. |  |
|---|---|---|---|
| Civil Rights | 21 | 168 | 12.5% |
| False Claims | 1 | 12 | 8.3% |
| Remaining Federal | 60 | 503 | 11.9% |

## Biographical Information

| | |
|---|---|
| Name | Alan D Albright |
| Age | 62 years (born 1959) |
| Nominated By | President Donald J. Trump |
| Commissioned | 2018-09-10 |
| Active Tenure | 3 years |
| W.D.Tex. Average | 18 years |
| Fifth Circuit Average | 17 years |
| National Average | 17 years |

**Comparison to Other W.D.Tex. Judges**

**Patent**



**Antitrust**



**Bankruptcy**



**Contracts**



**Copyright**

42
0

**ERISA**

6
0

**Employment**

92
0

**Insurance**

42
0

**Product Liability**

21
0

**Securities**

14
0

**Trade Secret**

10
0

**Trademark**

34
0

**Environmental**



## Tax



## Consumer Protection



## Torts



## Civil Rights

## False Claims

## Cases Filed by Year (Top 6 by Focus Order)



|  | <2017 | 2017 | 2018 | 2019 | 2020 | 2021* |
|---|---|---|---|---|---|---|
| Patent | 1 | 2 | 32 | 251 | 793 | 767 |

|  | <2017 | 2017 | 2018 | 2019 | 2020 | 2021* |
|---|---|---|---|---|---|---|
| 🟠 Antitrust | 0 | 0 | 2 | 2 | 3 | 1 |
| 🟢 Bankruptcy | 0 | 1 | 5 | 0 | 8 | 6 |
| 🔴 Contracts | 5 | 9 | 25 | 23 | 38 | 31 |
| 🟡 Copyright | 0 | 0 | 1 | 14 | 3 | 4 |
| 🔵 ERISA | 0 | 1 | 1 | 2 | 1 | 0 |

\* 2021 numbers are year-to-date. Open dots are full-year estimates.

## Cases by Type

| Case Types | Cases |
|---|---|
| Patent | 1,846 |
| Antitrust | 8 |
| Bankruptcy | 20 |
| Contracts | 131 |
| Copyright | 22 |
| ERISA | 5 |
| Employment | 105 |
| Insurance | 50 |
| Product Liability | 135 |
| Securities | 2 |
| Trade Secret | 21 |
| Trademark | 82 |
| Environmental | 2 |
| Tax | 3 |
| Consumer Protection | 74 |
| Torts | 133 |
| Civil Rights | 88 |
| False Claims | 3 |
| Remaining Federal | 230 |

## Timing

To customize these analytics or see more events, visit the Timing Case List Analyzer tab.
Show:

☑ Slider
☑ Labels

☐ Outliers

**Permanent Injunction (Grant)**
20 Cases reached Permanent Injunction (Grant)
Median: 337 days

**Dismiss (Contested)**
323 Cases reached Dismiss (Contested)
Median: 217 days

**Summary Judgment**
88 Cases reached Summary Judgment
Median: 506 days

**Trial**
22 Cases reached Trial
Median: 623 days

**Termination**
1,743 Terminated Cases
Median: 171 days

