# Exhibit R



Courts & Judges    Counsel    Parties    Federal    State    Administrative    Quick Tools

Ariell Bratton

Product Update: **False Claims** Practice Area has been released! Learn more.    ✕

Search all of Lex Machina

**U.S. District Court for the Northern District of California** N.D.Cal.

Overview    Judges    Federal District:    Cases    Documents    Damage Awards

## Index

| Federal District Court | |
|---|---|
| Cases | 81,234 |
| Documents | 3,666,504 |
| Damage Awards | 8,485 |

## Open Cases

| | |
|---|---|
| Patent | 287 |
| Antitrust | 300 |
| Bankruptcy | 29 |
| Contracts | 425 |
| Copyright | 272 |
| ERISA | 229 |
| Employment | 632 |
| Insurance | 221 |
| Product Liability | 8,410 |
| Securities | 248 |
| Trade Secret | 77 |
| Trademark | 179 |
| Environmental | 92 |
| Tax | 24 |
| Consumer Protection | 220 |
| Torts | 316 |
| Civil Rights | 1,740 |
| False Claims | 37 |
| Remaining Federal | 1,740 |

## Search for Recent Documents

Order re: Transfer  in the last 120 days

Judgment  in the last 90 days

Order re: Injunction  in the last 90 days

Order re: Dismissal  in the last 90 days

Order  in the last 30 days

## Cases Filed by Year (Top 6 by Focus Order)



| | <2014 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021* |
|---|---|---|---|---|---|---|---|---|---|
| ● Patent | 1,278 | 255 | 229 | 186 | 210 | 328 | 239 | 251 | 173 |
| ● Antitrust | 911 | 90 | 124 | 41 | 107 | 44 | 82 | 111 | 62 |
| ● Bankruptcy | 343 | 92 | 78 | 57 | 65 | 49 | 59 | 59 | 28 |
| ● Contracts | 2,526 | 316 | 346 | 388 | 342 | 402 | 321 | 389 | 235 |
| ● Copyright | 767 | 94 | 223 | 211 | 142 | 296 | 237 | 186 | 326 |
| ● ERISA | 1,879 | 269 | 269 | 262 | 256 | 234 | 198 | 220 | 150 |

* 2021 numbers are year-to-date. Open dots are full-year estimates.

## Cases by Type

| Case Types | Cases |
|---|---|
| Patent | 3,149 |
| Antitrust | 1,572 |
| Bankruptcy | 830 |
| Contracts | 5,265 |
| Copyright | 2,482 |
| ERISA | 3,737 |
| Employment | 6,943 |
| Insurance | 2,116 |
| Product Liability | 16,370 |
| Securities | 1,643 |
| Trade Secret | 607 |
| Trademark | 2,484 |
| Environmental | 734 |
| Tax | 517 |
| Consumer Protection | 4,833 |
| Torts | 2,199 |
| Civil Rights | 9,424 |
| False Claims | 210 |
| Remaining Federal | 19,549 |

## Timing

To customize these analytics or see more events, visit the Timing Case List Analyzer tab.

Show:

- ☑ Slider
- ☑ Labels
- ☐ Outliers

% of cases that reached event in
less than
more than
271 days
0 days
1.5 years
3 years
4.5 years
Permanent Injunction (Grant)
1,110 Cases reached Permanent Injunction (Grant)
Median: 272 days
0
272
990
50%
50%
140
489
Dismiss (Contested)
12,844 Cases reached Dismiss (Contested)
Median: 154 days
0
154
473
79%
21%
98
248
Summary Judgment
5,387 Cases reached Summary Judgment
Median: 542 days
0
542
1,519
12%
88%
389
841
Trial
741 Cases reached Trial
Median: 748 days
34
748
1,858
3%
97%
545
1,072
Termination
66,115 Terminated Cases
Median: 223 days
0
223
1,094
56%
44%
99
497





