IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>       Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>       Defendant. | CIVIL ACTION NO. 6:21-cv-667-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VENUE DISCOVERY

Under the Court's Amended Standing Order Regarding Venue And Jurisdictional Discovery Limits For Patent Cases ("the Order"), Plaintiff VoIP-Pal.com, Inc. notifies the Court that it intends to serve venue discovery on Defendant Google Inc. The venue discovery concerns Defendants' Motion for Transfer, which Defendants filed on November 11, 2021. Dkt. No. 26. In order to coordinate venue discovery between this case ("the 2021 case") and *VoIP-Pal.com, Inc. v. Google Inc.*, Case No. 6:20-cv-269-ADA ("the 2020 case"), the parties have agreed that VoIP-Pal will serve its venue discovery in both cases after Defendant files a replacement motion to transfer in the 2020 case. VoIP-Pal's opposition to the Motion in this case is due by November 26, 2021. Under the Order, the deadline for VoIP-Pal's response is extended until two weeks after the completion of the venue discovery.

Dated: November 24, 2021

                                        Respectfully submitted,

                                        By: /s/Lewis E. Hudnell, III
                                        Lewis E. Hudnell, III
                                        lewis@hudnellaw.com
                                        Nicolas S. Gikkas
                                        nick@hudnelllaw.com

Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034

**ATTORNEYS FOR PLAINTIFF**
**VOIP-PAL.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing NOTICE OF VENUE DISCOVERY via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 24th day of November, 2021.

> By: */s/Lewis E. Hudnell, III*
> Lewis E. Hudnell, III
> lewis@hudnelllaw.com
> Hudnell Law Group P.C.
> 800 W. El Camino Real Suite 180
> Mountain View, California 94040
> T: 650.564.3698
> F: 347.772.3034