UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

VOIP-PAL.COM, INC.

vs.

Google LLC

Case No.: 6:21-cv-00667-ADA

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Matthias A. Kamber, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Google LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Paul Hastings LLP with offices at:

   Mailing address: 101 California Street, Forty-Eighth Floor

   City, State, Zip Code: San Francisco, CA 94111

   Telephone: 415 856 7000    Facsimile: 415 856 7100

2. Since 10/20/2004, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 232147.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | District of Columbia | 11/14/2003 |
   | State of Massachusetts | 12/16/2002 |
   | State of New York | 10/29/2003 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: __6:20-cv-00075-ADA__ on the _29th_ day of __July__, _2021_.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Paige Arnette Amstutz with Scott Douglass & McConnico LLP

Mailing address: 303 Colorado Street, Suite 2400

City, State, Zip Code: Austin, TX 78701

Telephone: (512) 495-6300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Matthias A. Kamber to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Matthias A. Kamber
[printed name of Applicant]

*Matthias Kamber*
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 3rd day of December, 2021.

Matthias A. Kamber
[printed name of Applicant]

*Matthias Kamber*
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

VOIP-PAL.COM, INC.

vs.                                         Case No.: 6:21-cv-00667-ADA

Google LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Matthias A. Kamber, counsel for Google LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Matthias A. Kamber may appear on behalf of Google LLC in the above case.

IT IS FURTHER ORDERED that Matthias A. Kamber, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE